Receipt #
60447

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-61225 |
| | ) | |
| STOUT, CHARLES | ) | CHAPTER 7 |
| STOUT, JAYNE | ) | |
| | ) | JUDGE KENDIG |
| DEBTORS | ) | |
| | ) | |

## TRANSMITTAL OF FUNDS PER RULE 3010

The Chapter 7 Trustee, Anne Piero Silagy, reports the following:

1. The Report of Distribution in the above-captioned case was approved. Pursuant to Rule 3010, those dividends in amounts less than five (5) dollars shall not be distributed by the Trustee to the unsecured creditors. The Trustee shall, instead, pay such dividends directly to the Court.

2. Accordingly, the Trustee's:

Check No. 103, in the amount $2.41 for Claim No. 01, James Gesiotto DMD representing the total of the dividend less than five (5) dollars in connection with the above-captioned case, is submitted with this report.

Respectfully submitted,

_____
Anne Piero Silagy (#0030440)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone:   (330) 456-0900
Facsimile:   (330) 456-1981

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-61225 - STOUT, CHARLES H

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **James Gesiotto DMD**<br>350 S. Wooster Ave.<br>Strasburg, OH 44680 | 000001 | 100.00 | 2.41 |
| ---------- Remittance Total ---------------- | | 100.00 | 2.41 |

*[Signature]*

Anne Piero Silagy, Esq., Trustee